LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 14-04079 BRO (PLAx) | Date | September 8, 2014 |
|---|---|---|---|
| Title | INSOMNIAC HOLDINGS LLC V. PARTY TOURS LLC ET AL. | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**     (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE: FAILURE TO OPPOSE

Pending before the Court is Defendants Party Tours, LLC and Book My Rooms, LLC's motion to dismiss Plaintiff Insomniac Holdings, LLC's Complaint.  (Dkt. No. 11.)  When Defendants filed their motion, they set the hearing date for September 22, 2014.  (Dkt. No. 11)  Under the Court's Local Rule 7-9, a party must oppose a motion at least 21 days prior to the scheduled hearing date.  C.D. Cal. L.R. 7-9.  Accordingly, Plaintiff's opposition to Defendants' motion was due no later than September 1, 2014.  Yet as of today, Plaintiff has filed no opposition.  Pursuant to the Court's Local Rule 7-12, failure to file an opposition "may be deemed consent to the granting . . . of the motion."  C.D. Cal. L.R. 7-12.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why Defendants' motion should not be granted.  Plaintiff's response to this order to show cause must be filed **no later than Wednesday, September 10, 2014, at 4:00 p.m.**  An appropriate response to this order will include reasons demonstrating good cause for Plaintiff's failure to file an opposition to Defendants' motion.

**IT IS SO ORDERED.**                                                                                                          :

                                                                                              Initials of Preparer         rf